IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GIA M. LEPROWSE and PAUL LEPROWSE,<br><br>　　　Plaintiffs,<br><br>v.<br><br>PATTERSON COMPANIES, INC., et al.,<br><br>　　　Defendants. | CV-20-36-BU-BMM-JTJ<br><br>**ORDER** |

　　　IT IS HEREBY ORDERED that all parties appearing pro hac vice must follow the procedure set forth in Local Rule 83.1(d), by **August 28, 2020**, in order to properly appear before this Court. Local Rule 83.1(d)(2), requires a non-member attorney who does not reside in Montana to obtain the name, address, telephone number, and written consent of local counsel who is a member of the bar of this Court and whom the court and opposing counsel may readily communicate regarding the conduct of the case, upon whom documents will be served.

DATED this 12th day of August, 2019.

                                                  _____
                                                  John Johnston
                                                  United States Magistrate Judge