# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| GIA M. LEPROWSE and PAUL LEPROWSE, <br><br> Plaintiffs, <br><br> v. <br><br> PATTERSON COMPANIES, INC., f/k/a Patterson Dental Company, et al., <br><br> Defendants. | Case No. CV-20-36-BU-BMM <br><br> **ORDER** |

Before the Court is the parties joint motion requesting that the Court issue an Order extending deadlines currently set in the scheduling order: Accordingly, IT IS HEREBY ORDERED that:

1) The deadline for all parties to disclose liability experts and for Plaintiffs to disclose damages experts would move from March 26, 2021 to Friday, April 30, 2021, approximately two weeks after the requested settlement conference.

2) The deadline for Defendants to disclose damages experts would move from April 30, 2021 to Friday, May 29, 2021.

3) The deadline for all parties to disclose rebuttal experts would move from May 21, 2021 to July 19, 2021.

Plaintiffs' liability and damages expert disclosures and Defendants' damages

1

expert disclosures to be extended to the second Friday, approximately 2 weeks, after the settlement conference.

For good cause shown, IT IS ORDERED that Plaintiffs' liability and damages expert disclosures and Defendants' damages expert disclosures to be extended to the second Friday, approximately 2 weeks, after the settlement conference.

Dated this 15th day of March, 2021.

_____
Brian Morris, Chief District Judge
United States District Court